Continental Illinois National Bank and Trust Company, Plaintiff-Appellee, v. Edwin W. France, Defendant-Appellant.

Gen. No. 47,990.

First District, Third Division.

June 29, 1960.

Falkenberg and Falkenberg, of Chicago (Charles V. Falkenberg, Jr., of counsel) for appellant; A. J. Zenoff, of Chicago (Murray Westler and Morris Topol, of counsel) for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.